January 19, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

SAMUEL WILLIAM HUDSON, III, Appellant

NO. 14-11-00983-CV                    V.

HOUSTON INDEPENDENT SCHOOL DISTRICT, ET. AL., Appellee

_____

 Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on September 29, 2011.  Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

 We further order that all costs incurred by reason of this appeal be paid by SAMUEL WILLIAM HUDSON, III.

 We further order this decision certified below for observance.